SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-01730-LKK-GGH** |
|  | ) |
| Plaintiff; | ) **ORDER RE: REQUEST FOR DISMISSAL** |
|  | ) |
| vs. | ) |
|  | ) |
| Ahmed Maqsood, et al, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
|  | ) |

    IT  IS  SO  ORDERED  that  the  above-entitled  action  is
hereby dismissed with prejudice pursuant to Fed. R. Civ. P.
Rule 41(a)(1).

Date:  August 1, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-1730-LKK-GGH-1